496 F.2d 533
 PANAMA PROCESSES, S.A., Plaintiff-Appellant,
v.
CITIES SERVICE COMPANY, Defendant-Appellee.
 No. 993, Docket 73-2562.
 United States Court of Appeals, Second Circuit.
 Argued May 14, 1974.
Decided May 15, 1974.
 
 Samuel N. Greenspoon, New York City (Eaton, Van Winkle & Greenspoon, New York City, on the brief), for plaintiff-appellant.
 James C. Blair, New York City (Cleary, Gottlieb, Steen & Hamilton, New York City, on the brief), for defendant-appellee.
 Before KAUFMAN, Chief Judge, and HAYS and OAKES, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm the judgment on Judge Gurfein's well-reasoned opinion below, 362 F.Supp. 735 (S.D.N.Y.1973).